THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WILKERSON, Appellant, v. DANIEL MCMANN, as Warden of Dannemora State Prison, Respondent.— MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.